# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| DEJA HEGWOOD, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INFLECTION RISK SOLUTIONS, LLC,<br><br>Defendant. | Civil Action File No. 22-6102 |

## NOTICE OF REMOVAL

Defendant Inflection Risk Solutions, LLC ("Inflection") hereby files this Notice of Removal of this action from the Circuit Court of Clinton County, Missouri, wherein it is now pending, to the United States District Court for the Western District of Missouri. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. In support hereof, Inflection respectfully shows this Court as follows:

1. On August 3, 2022, Plaintiff filed a lawsuit in the Circuit Court of Clinton County, Missouri, titled *Deja Hegwood, on behalf of herself and all others similarly situated v. Inflection Risk Solutions, LLC* (the "State Court Action").

2. Inflection was served with the Summons and Complaint on August 15, 2022. *See* Ex. A.

3. This Notice is being filed with this Court within thirty (30) days after Inflection was served with a copy of Plaintiff's initial pleading setting forth the purported grounds for her action and her claims for relief.

4. Attached hereto as <u>Exhibit A</u> are copies of the Summons and Complaint served upon Inflection in the State Court Action, along with copies of all process and pleadings in the State Court Action.

5. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Specifically, Plaintiff asserts claims under 15 U.S.C. §§ 1681e(a) and 1681e(b) of the federal Fair Credit Reporting Act ("FCRA"). *See* Ex. A, Compl. Plaintiff's Complaint asserts that Defendant's alleged conduct harmed her and putative class members. *Id.* at ¶¶ 35, 40.

6. Venue lies in the U.S. District Court for the Western District of Missouri pursuant to 28 U.S.C.§§ 105(b)(3), 1391, 1441(a) and 1446(a). This action was originally brought in the Circuit Court of Clinton County, Missouri, and thus should be removed to this Court.

7. This Notice is being served on all adverse parties, and a copy is being filed in the State Court pursuant to 28 U.S.C. § 1446(d). A copy of this notice to the State Court is attached hereto as <u>Exhibit B</u>.

8. By filing this Notice of Removal, Defendant neither concedes nor waives any defense or motion relating to this action.

WHEREFORE, Inflection submits that this action properly is removable based on original federal question jurisdiction and respectfully requests that the above-described action pending against it be removed to the to the U.S. District Court for the Western District of Missouri.

2
49630043v1
Case 5:22-cv-06102-GAF    Document 1    Filed 09/14/22    Page 2 of 3

DATED this 14th day of September, 2022

Respectfully submitted,

LATHROP GPM LLP

/s/ *Rosalee McNamara*
Rosalee McNamara (Mo. Bar #33645)
rosalee.mcnamara@lathropgpm.com
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108
Telephone: (816) 460-5604
Facsimile: (816) 292-2001

*Attorney for Defendant*
*Inflection Risk Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2022, I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system, which will send e-mail notification of such filing to all participants and attorneys of record. Copies are also being sent by electronic mail.

/s/ *Rosalee McNamara*
*Attorney for Defendant*
*Inflection Risk Solutions, LLC*